IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST JOSEPH DIVISION

| | |
|---|---|
| GEORGE CHERRY,<br>*on behalf of himself*<br>*and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND<br>SERVICES CORP.,<br><br>Defendant. | No. 5:19-CV-006052-DGK |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered Plaintiffs' Notice of Voluntary Dismissal with Prejudice (Doc. 33), it is hereby ORDERED that all claims in this action are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date:  December 12, 2019         /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT